**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Theodore Ellis,<br><br>             Plaintiff,<br>v.<br><br>P & B Capital Group, LLC; and<br>DOES 1-10, inclusive,<br><br>             Defendants. | Civil Action No.:  3:11-cv-01972-JBA |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants P & B Capital Group, LLC with prejudice and without costs to any party.


Case 3:11-cv-01972-JBA   Document 12   Filed 05/11/12   Page 2 of 3

| | |
|---|---|
| **Theodore Ellis** | **P & B Capital Group, LLC** |
| **  /s/ Sergei Lemberg** | **  /s/ Jill Alward** |
| **Sergei Lemberg, Esq.** | **Thomas A. Leghorn** |
| **LEMBERG & ASSOCIATES L.L.C.** | **Jill E. Alward** |
| **1100 Summer Street, 3rd Floor** | **WILSON, ELSER, MOSKOWITZ,** |
| **Stamford, CT 06905** | **EDELMAN & DICKER LLP** |
| **Telephone: (203) 653-2250** | **150 East 42nd Street** |
| **Facsimile:  (203) 653-3424** | **New York, New York 10017-5639** |
| **slemberg@lemberglaw.com** | **(212) 490-3000** |
| | **Attorneys for Defendant** |

_____
**SO ORDERED**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

                                           **By /s/ Sergei Lemberg**
                                                **Sergei Lemberg**